BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, a Bankrupt, v. EMIL N. BAAR and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of EDWARD BAYARD HALSTED, Deceased. FRANCES ADAMS HALSTEAD; CENTRAL HANOVER BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GUSTAVE SCHAPIRO.— Motion for resettlement denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer, and Cohn, JJ. [See *ante*, p. 380.]

In the Matter of the Application of PAUL AARON and Others for an Order Directing Those Persons Constituting the Inspectors of Election of the Various Boards of Registration and Enrollment in the 12th, 19th, 23d, 24th, 27th and 29th Election Districts of the 17th Assembly District, etc., to Register the Petitioners as Qualified Voters for the General Election for the Year 1938.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ETHYL F. MURPHY and Another v. BRUNO-NEW YORK, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSE DE LA GANDARA v. H. NICHOLAS EDWARDS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LYDIA LOCKE v. ARTHUR HUDSON MARKS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

In the Matter of the Application for Appointment of a Committee of the Person and Property of FRANCIS J. SLOANE, an Alleged Incompetent Person. FRANCIS J. SLOANE; JAMES R. SLOANE and Others; GWENDOLYN SLOANE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SOLOMON EISENROD, as Trustee in Bankruptcy, etc., v. PREISS TRADING CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

EMMA ROTH v. LACIDEM REALTY CORP. and JEROME COUNT.— Motion for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.